954

No. 537.   SPRIGGS *v*. UNITED STATES.   C. A. 9th Cir. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.   *Carolyn E. Agger* and *Eugene Gressman* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Holland, Joseph M. Howard* and *Dickinson Thatcher* for the United States.

No. 550.   ARENA *v*. UNITED STATES.   C. A. 9th Cir. Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this application.   *Alfonso J. Zirpoli* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 377, Misc.   OWENS *v*. SWOPE ET AL.   Supreme Court of New Mexico.   Certiorari denied.

No. 383, Misc.   MIDDLETON *v*. CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 394, Misc.   THOMPSON *v*. MISSOURI.   Supreme Court of Missouri.   Certiorari denied.

No. 398, Misc.   MANARO *v*. RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 401, Misc.   RICHARDSON *v*. PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 406, Misc.   KIRK *v*. MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.